UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA DEZEGO,

        Petitioner,

vs.                                          Case No. 8:07-CV-1387-T-27TGW

A.G. EDWARDS & SONS, INC.,

        Respondent.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson recommending that Petitioner's request for an order confirming the arbitration award be **GRANTED** and Respondent's Counter-petition to modify or vacate the award be **DENIED**. (Dkt. 34). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1)    The Report and Recommendation (Dkt. 34) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)    Petitioner's Petition for Entry of Order Confirming Arbitration (Dkt. 1) is **GRANTED**. Respondent's Counter Petition to Modify or Vacate Arbitration Award (Dkt. 12) is

2

**DENIED.**

3)      This Court reserves jurisdiction to determine the proper amount of attorney's fees. The parties shall have sixty (60) days from the date of this Order to conduct discovery on the issue of attorney's fees. The parties shall have thirty (30) days from the date of this Order to disclose non-expert and expert witnesses. Within seventy five (75) days from the date of this Order, Petitioner shall file a motion for attorney's fees. Respondent shall have ten (10) days to respond to Petitioner's motion.

4)      The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 23rd day of January, 2008.

_/s/ Whittemore_
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record