UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA DEZEGO,
    Petitioner,
v.                                     CASE NO.: 8:07-cv-1387-JDW-TBM

A.G. EDWARDS & SONS, INC.,
    Respondent.
_____/

## MEDIATOR'S NOTICE OF SETTLEMENT

James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on October 15, 2008, attended by Bradford M. Gucciardo, Esq., Charles E. Scarlett, Esq., Ms. Sandy Dezego, Mr. Keith Bellavia, Harold A. Saul, Esq., Nancy Tayborn, Esq. and Mr. Mike Hayward, resulted in a complete settlement.

### Certificate of Service

I hereby certify that on October 20, 2008 I filed this Notice with the Clerk of the U.S. District Court by using the CM/ECF system, and I faxed true copies of this Notice to:

| | | |
|---|---|---|
| Scott C. Ilgenfritz, Esq. | Bradford M. Gucciardo, Esq. | Harold A. Saul, Esq. |
| Fax: (813) 223-7118 | Charles E. Scarlett, Esq. | Fax: (813) 204-9660 |
| | Fax: (561) 278-6244 | |

_____
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM